**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** | ) CHAPTER 13 |
| | ) |
| | ) |
| **Perry Conwell,** | ) |
|  Debtors, | ) CASE NO. 09 B 00970 |
| | ) |
| | ) JUDGE: Goldgar |
| | ) |
| | ) HEARING DATE: 9/15/09 |
|  Debtor. | ) TIME: 9:30 a.m. |

### NOTICE OF MOTION

TO:  Perry Conwell, 113 Strieff, Chicago Heights, IL 60411
     Marilyn Marshall, Trustee, 224 S. Michigan, Ste. 800,
     Chicago, IL 60602 **served electronically**
     Pierce & Assoc, 1 N. Dearborn, Ste. 1300, Chicago, IL 60602
     **served electronically**

    Please take notice that on the **15th** day of **September 2009**, at **9:30** o'clock a.m., or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge presiding in courtroom **613** in the United States Courthouse, at 219 South Dearborn Street, Chicago, Illinois, or before such other Judge in Bankruptcy as may be presiding in her place and stead.

    I shall them and there present a **NOTICE OF MOTION TO VACATE ORDER MODIFYING THE AUTOMATIC STAY**, a copy of which is hereto attached, and move for the relief therein prayed, and at which time and place you may appear if you so see fit.

# P R O O F   O F   S E R V I C E

STATE OF ILLINOIS )
COUNTY OF C O O K )

**VERONICA D. JOYNER**, an attorney, hereby certify that I served the above and foregoing notice upon the named respondents, by placing a true copy thereof and of petition in envelopes addressed to them at the shown, with postage prepaid, and placing the same in the U.S. Mails 120 South State Street, Chicago, Illinois this **4TH** day of **September 2009**.

```
                                 _____
                                    One of Debtor(s) Attorney
```

Joyner Law Office
120 South State Street
Suite 200
Chicago, IL 60603
(312) 332-9001

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| | ) |
| **Perry Conwell,** | ) |
|     **Debtors,** | ) CASE NO. 09 B 00970 |
| | ) |
| | ) JUDGE: Goldgar |
| | ) |
| | ) HEARING DATE: 9/15/09 |
|     Debtor. | ) TIME: 9:30 a.m. |

### NOTICE OF MOTION TO VACATE ORDER MODIFYING THE AUTOMATIC STAY

NOW COMES DEBTOR, Perry Conwell, by and through his attorney, JOYNER LAW OFFICE, and move this Honorable Court to vacate the July 14, 2009 order modifying automatic stay as to BAC Home Loans Servicing, and in support thereof, states that:

1. On January 14, 2009, Debtor filed his Voluntary Petition Bankruptcy Petition and Debtor filed his proposed Chapter 13 Plan.

2. That the Honorable Court has confirmed Debtor's proposed Chapter 13 Plan on May 12, 2009.

3. That on July 14, 2009, the stay was modified as to BAC Home Loans Servicing, resulting from Debtor's failure to forward post-petition payments to BAC Home Loans Servicing.

4. That Debtor in fact has certified funds sufficient to bring his account substantially current.  (See Exhibit "A").

**WHEREFORE,** Debtor pray for an order vacating the May 7, 2009 modifying the automatic stay as to BAC Home Loans Servicing and to reinstate the claim of BAC Home Loans Servicing.

                                Respectfully submitted,

                                _____
                                One of Debtor's Attorneys

**Veronica D. Joyner**
**Joyner Law Offices**
**120 South State Street**
**Suite 200**
**Chicago, IL 60603**
**312-332-9001**