**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| | ) |
| Perry Conwell, | ) |
|     Debtors, | ) CASE NO. 09 B 00970 |
| | ) |
| | ) JUDGE: Goldgar |
| | ) |
| | ) HEARING DATE: 9/15/09 |
|     Debtor. | ) TIME: 9:30 a.m. |

**O R D E R**

**THIS CAUSE** coming to be heard on Debtors' Motion, this court having found due notice been given all creditors, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the order of July 14, 2009, modifying the automatic stay as to BAC Home Loans Servicing, be and hereby is vacated.

**IT IS ALSO ORDERED** that the proof of claim filed by BAC Home Loans Servicing is hereby reinstated.

DATE:

ENTER:

_____
**BANKRUPTCY JUDGE**

**Joyner Law Offices**
**120 South State Street**
**Suite 200**
**Chicago, IL 60603**
**312-332-9001**