**PARK NATIONAL BANK**     1083825

Chicago, Illinois
MEMBER FDIC

2-104/710
33021072

REMITTER

* Kelly Conwell

DATE August 24, 2009

PAY TO THE ORDER OF    **Countrywide*      $********1,225.00

ONE THOUSAND TWO HUNDRED TWENTY FIVE DOLLARS AND ZERO CENTS



**CASHIER'S CHECK**

Security features included. Details on back.

Two Authorized signatures required for amount greater than $10,000.00

⑈1083825⑈ ⑆071001041⑆ 33⑈02107⑈ 2⑈